ARTHUR L. PEIRSON and Others, Plaintiffs, v. LLOYDS FIRST MORTGAGE COM-PANY, Defendant. In the Matter of the Application of J. IRVING WEISSMAN

for an Order Determining the Amount of and Enforcing His Attorney's Lien against the Judgment and the Proceeds Thereof Obtained by Him as Attorney, etc. GREATER NEW YORK EXPORT HOUSE, INC., and Another, Intervenors, Appellants, J. IRVING WEISSMAN and Others, Respondents.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Kapper, Tompkins and Davis, JJ.